1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  HILLARY IRVIN (MDBN 1712130257)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7181
7      FAX: (415) 912-6522
       Hillary.Irvin@usdoj.gov
8  Attorneys for United States of America

**FILED**

Feb 01 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12
   UNITED STATES OF AMERICA,          )   **CASE NO. 3:22-MJ-71520-MAG**
13                                     )
          Plaintiff,                   )   **[PROPOSED] DETENTION ORDER**
14                                     )
       v.                             )
15                                     )
   OLVIN ISAAC GUTIERREZ NUNEZ,        )
16                                     )
          Defendant.                   )
17  _____  )

18
       On January 18, 2023, the defendant Olvin Isaac Gutierrez Nunez made an initial appearance on
19
   the complaint charged in the above-captioned case.  The government moved for the defendant's pre-trial
20
   detention.
21
       The Court held a detention hearing on January 25, 2023.  The defendant was present and
22
   represented by counsel.  Assistant United States Attorney Hillary T. Irvin appeared for the government.
23
   Both counsel for the government and counsel for the defendant submitted proffers and arguments
24
   regarding detention.
25
       Upon consideration of the facts and arguments presented, and for the reasons stated on the
26
   record, the Court finds that the government met its burden to prove by clear and convincing evidence
27
   that the defendant is a danger to the community and by a preponderance of the evidence that he is a risk
28

of flight, and that there are no conditions of release that will reasonably assure the appearance of the defendant or the safety of the community. Accordingly, the defendant must be detained pending resolution in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following findings as the bases for its conclusion: the defendant has at least eight (8) aliases indicating the ability to evade law enforcement, the defendant possessed a large amount of fentanyl, the defendant had an active stay away order from the Tenderloin, and the defendant possessed a firearm and ammunition. These findings are made without prejudice to the defendant's right to seek review of defendant's detention or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: January 30, 2023

HONORABLE THOMAS S. HIXSON
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28